UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-8310 SVW (MAN) | Date | November 1, 2011 |
|---|---|---|---|
| Title | Carmen Sanchez et al. v. Navigators Insurance Co. | | |

[JS-6]

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER re Request to Dismiss defendant Navigators Insurance Company [5]

   The Court GRANTS Plaintiffs' Request For Dismissal.  (Dkt. 5).  Defendant Navigators Insurance Company is DISMISSED WITH PREJUDICE.

:

Initials of Preparer     PMC